## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KEITH A. SMITH PRO SE,             :   No. 39 EM 2020

             Petitioner         :

                v.              :

PA. DEPARTMENT OF CORRECTIONS,  :
DR. RICHARD MARSH,
SUPERINTENDANT [SIC],          :

             Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Habeas Corpus" and the "Rule to Cause" are DENIED.